### ADA HORTON v. THE STATE.

No. 16189. Delivered January 3, 1934.
Reported in 67 S. W. (2d) 269.

The opinion states the case.

*J. G. Minkert* and *Lamar Bethea,* both of Bryan, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for murder; punishment, three years in the penitentiary.

The appeal bond appearing in the record is dated after the adjournment of the trial term of the court below. Same is approved only by the sheriff. It should have been also approved by the trial judge.

The appeal will be dismissed.

*Dismissed.*